THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH GIACCIO and EUGENE PANZELLA, Appellants.

Argued October 18, 1951; decided December 6, 1951.

*Jerome Otis Ellis* and *Donald L. Ochs* for appellants.

*Herman Methfessel, District Attorney* (*Alfred J. Cawse, Jr.,* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.